### HAYDEL v. STATE.
No. 22959.

Court of Criminal Appeals of Texas.

Nov. 15, 1944.

Percy Foreman, of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

This is a conviction for procuring, under Art. 525, P.C., with punishment assessed at a fine of $50 and confinement in jail for one month.

The record is before us without statement of facts or bills of exception.

No error is apparent.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.